GARY M. RESTAINO
United States Attorney
District of Arizona

SYDNEY YEW
Special Assistant U.S. Attorney
Arizona State Bar No. 032551
MICHAEL SHAW
Assistant U.S. Attorney
Arizona State Bar No. 031757
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Telephone: 602-514-7500
Email: Sydney.yew@usdoj.gov
Email: Michael.shaw2@usdoj.gov
Attorneys for Plaintiff

```
                FILED        LODGED
                RECEIVED     COPY

                JUN 11 2024

                CLERK U S DISTRICT COURT
                  DISTRICT OF ARIZONA
                BY_____ DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>1. Jonathan De La Riva-Lorenzo, and<br>2. Fernando Minkes-Rodriguez,<br><br>　　　　Defendants. | No. CR-24-1000-PHX-MTL (ESW)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 1028(a)(1), (f), (b)(1)<br>(Conspiracy to Commit Fraud in Connection with Production of Identification Documents)<br>Count 1<br><br>18 U.S.C. §§ 1028A, 2<br>(Aggravated Identity Theft; Aiding and Abetting)<br>Counts 2 - 3<br><br>18 U.S.C. §§ 1028(b)(5), (g), (h),<br>18 U.S.C. §§ 981 and 982,<br>21 U.S.C. §§ 853, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

Beginning on an unknown date, and continuing up to and until May 14, 2024, in the District of Arizona and elsewhere, defendants JONATHAN DE LA RIVA-LORENZO and FERNANDO MINKES-RODRIGUEZ, did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury, to

commit an offense against the United States, that is, knowingly and without lawful authority produced false identification documents that was or appears to have been issued by or under the authority of the United States.

In violation of Title 18, United States Code, Section 1028(a)(1),(f),(b)(1).

## COUNT 2

Beginning on an unknown date, and continuing up to and until May 14, 2024, in the District of Arizona and elsewhere, defendants JONATHAN DE LA RIVA-LORENZO and FERNANDO MINKES-RODRIGUEZ, aiding and abetting each other, did knowingly and without lawful authority produce false identification documents that were or appeared to have been issued by or under the authority of the United States, a means of identification of another person, to wit: including but not limited to C.H. and D.A.A., including but not limited to driver's license, United States Social Security Card and/or United States Permanent Resident Card, during and in relation to the crime of Producing Without Lawful Authority an Identification Document or a False Identification Document, in violation of Title 18 United States Code, Sections 1028(a)(1),(b)(1).

All in violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 3

Beginning on an unknown date, and continuing up to and until May 14, 2024, in the District of Arizona and elsewhere, defendants JONATHAN DE LA RIVA-LORENZO and FERNANDO MINKES-RODRIGUEZ, aiding and abetting each other, did knowingly possess a false identification document, a means of identification of another person, to wit: including but not limited to C.H. and D.A.A., to including but not limited to driver's license, United States Social Security Card and/or United States Permanent Resident Card, with the intent such document be used to defraud the United States, and the offense involved the production or transfer of the false identification document that is or appears to be an identification document issued by or under the authority of the United States, in violation of Title 18, United States Code, sections 1028(a)(4),(b)(1).

All in violation of Title 18, United States Code, Sections 1028A and 2.

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1, 2 and 3 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981, 982, and 1028(b)(5), (g), and (h), Title 21, United States Code, Sections 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1, 2 and 3 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit such offense, including, but not limited to the following property involved and used in the offense:

> $6,553 in U.S. currency seized from 1718 E. Pecan Rd., Phoenix, Arizona 85040.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

/ / /

/ / /

All in accordance with Title 18, United States Code, Sections 981, 982, and 1028 Title 21, United States Code, Sections 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: June 11, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona


/s/
SYDNEY YEW
Special Assistant U.S. Attorney
MICHAEL SHAW
Assistant U.S. Attorney